1  Elliott D. Chielpegian, #031233
   Mark E. Chielpegian, #190314
2  Lee S.W. Cobb, #233080
   **CHIELPEGIAN LAW OFFICES**
3  A Professional Corporation
   5200 N. Palm Avenue, Suite 201
4  Fresno, California 93704
   Telephone: (559) 225-5370
5  Facsimile: (559) 244-6931

6  Attorneys for Plaintiffs MARY E. ROSENTHAL, KAREN
   GILCREASE, DAVID ROSENTHAL and DENISE FULLER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MARY E. ROSENTHAL, KAREN GILCREASE, DAVID ROSENTHAL and DENISE FULLER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, DEBORAH SALOM, M.D.,<br><br>Defendants. | 1:08-CV-01533-LJO-DLB<br><br>**STIPULATION TO EXTEND DEADLINE OF NON-EXPERT DISCOVERY AND SETTLEMENT CONFERENCE DATE** |

| | |
|---|---|
| 1 | The parties hereto agree and stipulate to the following |
| 2 | modifications to the Scheduling Order of February 19, 2009: |
| 3 | 1. The discovery deadline for non-expert witnesses is |
| 4 | September 7, 2009; and |
| 5 | 2. The Settlement Conference is July 7, 2009 at 10:00 a.m. |
| 6 | - Courtroom 9. |

Dated: April 14, 2009  **CHIELPEGIAN LAW OFFICES**
A Professional Corporation

By: **/s/ Elliott D. Chielpegian**
ELLIOTT D. CHIELPEGIAN
MARK E. CHIELPEGIAN
LEE S.W. COBB
Attorneys for Plaintiffs MARY E. ROSENTHAL, KAREN GILCREASE, DAVID ROSENTHAL and DENISE FULLER

Dated: April 14, 2009  **UNITED STATES OF AMERICA**

By: **/s/ Jeffrey J. Lodge**
JEFFREY J. LODGE, Assistant United States Attorney

IT IS SO ORDERED.

Dated: **April 15, 2009**    **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

K:\DLB\To_Be_Signed\08cv1533.o.extdiscovery.wpd

1
COMPLAINT FOR DAMAGES FOR WRONGFUL DEATH