UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY E. ROSENTHAL, et al., | CASE NO. CV F 08-1533 LJO DLB |
| Plaintiffs, | **ORDER AFTER SETTLEMENT** |
| vs. | (Doc. 18.) |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. / | |

The parties notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than August 21, 2009,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters, including January 12, 2010 pretrial conference and March 17, 2010 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   July 20, 2009**                           **/s/ Lawrence J. O'Neill**
                                                                       UNITED STATES DISTRICT JUDGE