LAWRENCE G. BROWN
United States Attorney
JEFFREY J. LODGE (SBN 152205)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Federal Defendant
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY E. ROSENTHAL, KAREN GILCREASE, DAVID ROSENTHAL and DENISE FULLER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, DEBORAH SALOM, M.D.,<br><br>　　　　　Defendants. | Case No. 1:08-cv-01533-LJO/DLB<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

　　　Pursuant to the terms of a written Settlement Agreement as well as the provisions of Fed. R. Civ. P. 41(a)(1), the parties, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice.

　　　IT IS SO STIPULATED.

Dated: August 15, 2009                         Dated: August 17, 2009

Chielpegian Law Offices                        LAWRENCE G. BROWN
                                               United States Attorney

(As auth. 8-15-09)
By: /s/Elliot D. Chielpegian                   By: /s/Jeffrey J. Lodge
    Attorneys for Plaintiffs                       Attorneys for Defendant
                                                   United States of America

///

ORDER OF DISMISSAL
1

1  The above stipulation is APPROVED, and this action is hereby
2  DISMISSED WITH PREJUDICE.  The clerk is directed to close this
3  action.
4      IT IS SO ORDERED.
5  **Dated:   August 17, 2009**                /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE